| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Noris Saintil<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–2240<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   13–17304–JKS | | |

## Order of Discharge                                                                                                              12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Noris Saintil

<u>8/3/18</u>                                                                             **By the court:** <u>John K. Sherwood</u>
                                                                                                              United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                   Case No. 13-17304-JKS
Noris Saintil                                                            Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 3              Date Rcvd: Aug 03, 2018
                              Form ID: 3180W           Total Noticed: 46

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 05, 2018.

```
db          +Noris Saintil,    696 Avenue A,   2nd Floor,    Bayonne, NJ 07002-1809
aty          Dean Prober,    20750 Ventura Blvd.,    Suite 100,    PO Box 4365,
             Woodland Hills, CA  91365-4365
aty         +Lindsey Beeman,    Fitzgerald & Associates,    649 Newark Ave.,    Jersey City, NJ 07306-2303
cr          +BANK OF AMERICA, N.A.,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,   Suite 100,
             Mt. Laurel, NJ 08054-3437
cr          +FEDERAL NATIONAL MORTGAGE ASSOCIATION (FANNIE MAE,    Phelan Hallinan & Schmieg, PC,
             400 Fellowship Road,    Suite 100,   Mt. Laurel, NJ 08054-3437
cr          +SETERUS, INC., AS AUTHORIZED SUBSERVICER FOR FEDER,    Phelan Hallinan & Schmieg, PC,
             400 Fellowship Road,    Suite 100,   Mt. Laurel, NJ 08054-3437
cr          +Seterus, Inc. as authorized Subservicer for Federa,    RAS Citron, LLC,    130 Clinton Road,
             Suite 202,    Fairfield, NJ 07004-2927
513920335   +Bank of America, N.A. c/o Prober & Raphael, A Law,    20750 Ventura Blvd., Suite 100,
             Woodland Hills, CA 91364-6207
513818244   +Capital One,    Attn: Bankruptcy,   Po Box 41067,    Norfolk, VA 23541-1067
513818245   +Carrie A Brown Esq,    Thomas M Murtha Esq,   140 Corporate Blvd,    Norfolk, VA 23502-4952
513818246   +Chae,   Cardmember Services,    PO Box 15135,    Wilmington, DE 19886-5135
513818248   +City of Bayonne,    630 Avenue C,   Bayonne, NJ 07002-3898
516446093   +Fay Servicing, LLC,    Bankruptcy Department,    939 W. North Avenue Suite 680,
             Chicago, Illinois 60642-1231
516446094   +Fay Servicing, LLC,    3000 Kellway Dr.,    Ste 150,   Carrollton, TX 75006-3357
515517041    Federal National Mortgage Association,    PO Box 2008 Grand Rapids, MI 49501-2008
513818250   +Fein Such Kahn & Shepard,    Attorneys At Law,    7 Century Drive, Ste 201,
             Parsippany, NJ 07054-4609
513818254   +Hudson County Community College,    Cybrcollect,    PO Box 1145,   La Crosse, WI 54602-1145
516238777  ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
             TRENTON NJ 08646-0245
             (address filed with court: State of New Jersey,    Department of Treasury,
             Division of Taxation,    PO Box 245,   Trenton, NJ 08695-0245)
513818260   +Sallie Mae,    Attention: Bankruptcy Litigation Unit,    E3149, Po Box 9430,
             Wilkes-Barre, PA 18773-9430
515757155   +Seterus, Inc.,    P.O. Box 1047,   Hartford, CT 06143-1047
513818265   +Stanley Steemer,    CBCS,   PO Box 163279,    Columbus, OH 43216-3279
513818266   +State of New Jersey,    PO Box 951,   Trenton, NJ 08625-0951
513818267   +Supreme Security Systems,    1565 Union Avenue,    Union, NJ 07083-4770
513955535    The Bank of New York Mellon, et al,    c/o Prober & Raphael,    Attorney for Secured Creditor,
             P.O. Box 4365,    Woodland Hills, CA 91365-4365
517085494   +US Bank Trust National Association as Trustee,    c/o BSI Financial Services,
             1425 Greenway Drive, Ste 400,    Irving, TX 75038-2480
517085495   +US Bank Trust National Association as Trustee,    c/o BSI Financial Services,
             1425 Greenway Drive, Ste 400,    Irving, TX 75038,    US Bank Trust National Association as T,
             c/o BSI Financial Services 75038-2480
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Aug 03 2018 23:40:56     U.S. Attorney,    970 Broad St.,
             Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 03 2018 23:40:50     United States Trustee,
             Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
513891069    EDI: AIS.COM Aug 04 2018 03:13:00     American InfoSource LP as agent for,
             Midland Funding LLC,    PO Box 268941,    Oklahoma City, OK  73126-8941
513818240    EDI: BANKAMER.COM Aug 04 2018 03:13:00     Bank of America,    PO Box 982238,
             El Paso, TX 79998
514179353   +EDI: BANKAMER.COM Aug 04 2018 03:13:00     Bank of America, N.A.,    7105 Corporate Drive,
             Mail Stop: TX2-982-03-03,    Plano, TX 75024-4100
513818241   +EDI: BANKAMER.COM Aug 04 2018 03:13:00     Bk Of Amer,
             Attn: Correspondence Unit/CA6-919-02-41,    Po Box 5170,    Simi Valley, CA 93062-5170
514123140    EDI: RESURGENT.COM Aug 04 2018 03:13:00     CACH, LLC,    PO Box 10587,
             Greenville, SC 29603-0587
513818243    EDI: RESURGENT.COM Aug 04 2018 03:13:00     Cach LLC,    Square Two Financial,    PO Box 10587,
             Greenville, SC 29603-0587
513818247   +EDI: CHASE.COM Aug 04 2018 03:13:00     Chase,    Po Box 15298,    Wilmington, DE 19850-5298
513818249    EDI: DIRECTV.COM Aug 04 2018 03:13:00     Direct TV,    PO Box 78626,   Phoenix, AZ 85062
513818251    E-mail/Text: bankruptcy@fncbinc.com Aug 03 2018 23:39:49
             First National Collection Bureau Inc,    610 Waltham way,    Sparks, NV 89434
513818252   +E-mail/Text: fggbanko@fgny.com Aug 03 2018 23:40:01     Foster Garbus & Garbus,
             Attorneys At Law,    7 Banta Place,   Hackensack, NJ 07601-5604
513818256    EDI: IRS.COM Aug 04 2018 03:13:00     IRS,    Department of Treasury,    Andover, MA 05501
513818257   +EDI: MID8.COM Aug 04 2018 03:13:00     Midland Credit Management,    PO Box 60578,
             Los Angeles, CA 90060-0578
513818258   +EDI: MID8.COM Aug 04 2018 03:13:00     Midland Funding,    8875 Aero Dr Ste 200,
             San Diego, CA 92123-2255
513818259    EDI: PRA.COM Aug 04 2018 03:13:00     Portfolio Recovery,    PO Box 41067,    Norfolk, VA 23541
```

```
District/off: 0312-2          User: admin               Page 2 of 3             Date Rcvd: Aug 03, 2018
                              Form ID: 3180W            Total Noticed: 46

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
513949188         EDI: PRA.COM Aug 04 2018 03:13:00      Portfolio Recovery Associates, LLC,
                   c/o Capital One Bank, N.a.,    POB 41067,    Norfolk VA 23541
514234825        +EDI: NAVIENTFKASMSERV.COM Aug 04 2018 03:13:00      Sallie Mae,    c/o Sallie Mae Inc.,
                   220 Lasley Ave.,    Wilkes-Barre, PA 18706-1496
513818268         EDI: AISTMBL.COM Aug 04 2018 03:13:00      T-Mobile,    PO Box 742596,    Cincinnati, OH 45274
513818269        +E-mail/Text: linda.hansson@unitedwater.com Aug 03 2018 23:40:53      United Water,    PO Box 16,
                   Bayonne, NJ 07002-0016
                                                                                              TOTAL: 20

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*              +Bank of America, N.A.,    c/o Prober & Raphael, A Law Corporation,    20750 Ventura Boulevard,
                   Suite 100,    Woodland Hills, CA 91364-6207
513818242*       +Bk Of Amer,    Attn: Correspondence Unit/CA6-919-02-41,    Po Box 5170,
                   Simi Valley, CA 93062-5170
513818253*       +Foster Garbus & Garbus,    Attorneys At Law,    7 Banta Place,    Hackensack, NJ 07601-5604
513818255*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                   PHILADELPHIA PA 19101-7346
                 (address filed with court: Internal Revenue Services,    Special Procedures Function,
                   955 S Springfield Avenue,    PO Box 744,    Springfield, NJ 07081)
513818261*       +Sallie Mae,    Attention: Bankruptcy Litigation Unit,    E3149, Po Box 9430,
                   Wilkes-Barre, PA 18773-9430
513818262*       +Sallie Mae,    Attention: Bankruptcy Litigation Unit,    E3149, Po Box 9430,
                   Wilkes-Barre, PA 18773-9430
513818263*       +Sallie Mae,    Attention: Bankruptcy Litigation Unit,    E3149, Po Box 9430,
                   Wilkes-Barre, PA 18773-9430
515517042       ##Federal National Mortgage Association,    PO Box 2008 Grand Rapids, MI 49501-2008,
                   Federal National Mortgage Association,    PO Box 2008 Grand Rapids, MI 49501-2008
513818264       ##+Scott Lowery Law Office PC,    1422B East 71st Street,    Tulsa, OK 74136-5060
                                                                                TOTALS: 0, * 7, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2018                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 3, 2018 at the address(es) listed below:
          Andrew L. Spivack    on behalf of Creditor    SETERUS, INC., AS AUTHORIZED SUBSERVICER FOR FEDERAL
           NATIONAL MORTGAGE ASSOCIATION (FANNIE MAE), A CORPORATION ORGANIZED AND EXISTING UNDER THE LAWS
           OF THE UNITED STATES OF AMERICA nj.bkecf@fedphe.com
          Andrew L. Spivack    on behalf of Creditor    Bank of America, N.A. nj.bkecf@fedphe.com
          Andrew L. Spivack    on behalf of Creditor    BANK OF AMERICA, N.A. nj.bkecf@fedphe.com
          Hetal Patel    on behalf of Debtor Noris  Saintil nadiafinancial@gmail.com,
           patel.fitzlaw@gmail.com
          Kevin Gordon McDonald    on behalf of Creditor    THE BANK OF NEW YORK MELLON, ET Al...
           kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Lauren Yassine    on behalf of Debtor Noris  Saintil laurenyassine.esq@gmail.com,
           nickfitz.law@gmail.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Marie-Ann  Greenberg (NA)    on behalf of Trustee Marie-Ann  Greenberg magecf@magtrustee.com
          Michael Frederick Dingerdissen    on behalf of Creditor    FEDERAL NATIONAL MORTGAGE ASSOCIATION
           ("FANNIE MAE") nj.bkecf@fedphe.com
          Nicholas  Fitzgerald    on behalf of Debtor Noris  Saintil nickfitz.law@gmail.com
```

```
District/off: 0312-2           User: admin              Page 3 of 3                   Date Rcvd: Aug 03, 2018
                               Form ID: 3180W           Total Noticed: 46
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Patrick O. Lacsina    on behalf of Creditor    Seterus, Inc. as authorized Subservicer for Federal National Mortgage Association (Fannie Mae), Creditor c/o Seterus, Inc. ,    PATRICK.LACSINA@GMAIL.COM
          Patrick O. Lacsina    on behalf of Creditor    FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE")  ,    PATRICK.LACSINA@GMAIL.COM
          Sarah J. Crouch    on behalf of Debtor Noris   Saintil nickfitz.law@gmail.com, nadiafinancial@gmail.com;fitzgeraldnj@stratusbk.com;sarah@fitzgeraldcrouchlaw.com
          Scott D. Sherman    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New York, as successor trustee to JPMorgan Chase Bank, N.A., as trustee on behalf of the Certificateholders of the CWHEQ Inc., CWHEQ Revolving Home Equity L ssherman@minionsherman.com
          Ting Y. Wu    on behalf of Debtor Noris   Saintil beckywu.esq@gmail.com
          William M.E. Powers, III    on behalf of Creditor    Bank of America, N.A. ecf@powerskirn.com
                                                                                                             TOTAL: 16